UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN: RE: | } | CHAPTER 13 |
| | } | |
| ANITA STYLES THOMAS, | } | CASE NO. 13-76560-MHM |
| | } | |
| | } | |
| DEBTOR. | } | |

**MOTION REQUESTING COURT TO REVIEW ATTORNEY'S FEES**

COMES NOW ADAM M. GOODMAN, Standing Chapter 13 Trustee in the above-styled case and files this Motion Requesting the Court to Review Attorney's Fees. Trustee respectfully shows the Court the following:

1.

Debtor filed for relief under Chapter 13 of Title 11 on December 6, 2013. The Plan was confirmed on May 27, 2014. The non-governmental and governmental bar dates have passed. Pursuant to the Court's docket, the Debtor's attorney has failed to file a Bar Date Certificate required by the Court's General Order Number 6-2006 and the Rights and Responsibilities of Debtor's attorney, Item 13. Debtor's attorney has not complied with this requirement even after receiving notification from Trustee regarding the failure to fulfill said requirements.

Adam M. Goodman,
Standing Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

Wherefore, the Chapter 13 Trustee respectfully requests that the Honorable Court review said fees in this case and reduce said fee by $500.00 or by an appropriate amount that this Court deems just and reasonable.

Respectfully submitted,

/s/Adam M. Goodman
Adam M. Goodman
Standing Chapter 13 Trustee
GA Bar No. 300887

Adam M. Goodman,
Standing Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN: RE: | } | CHAPTER 13 |
| | } | |
| ANITA STYLES THOMAS, | } | CASE NO. 13-76560-MHM |
| | } | |
| | } | |
| DEBTOR. | } | |

### NOTICE OF HEARING ON CHAPTER 13 TRUSTEE'S
### MOTION REQUESTING REVIEW OF ATTORNEY'S FEES

All objections shall state the grounds therefore and shall be filed with the Clerk, United States Bankruptcy Court, Room 1340, 75 Spring Street, SW, Atlanta, GA 30303-3367, and a copy furnished to the Chapter 13 Trustee, Adam M. Goodman, 260 Peachtree Street, Suite 200, Atlanta, Georgia 30303.

**A hearing will be held on October 30, 2014 at 1:45 p.m., United States Bankruptcy Court, Courtroom 1204, 75 Spring Street, SW, Atlanta, Georgia 30303.**

/s/Adam M. Goodman
Adam M. Goodman,
Standing Chapter 13 Trustee
GA Bar No. 300887

Adam M. Goodman,
Standing Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN: RE: | } | CHAPTER 13 |
| | } | |
| ANITA STYLES THOMAS, | } | CASE NO. 13-76560-MHM |
| | } | |
| | } | |
| DEBTOR. | } | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served

DEBTOR:

    ANITA STYLES THOMAS
    7066 GRINDER COURT
    AUSTELL, GA 30168

ATTORNEY FOR DEBTOR:

    CLARK & WASHINGTON
    3300 NORTHEAST EXPRESSWAY
    #3-A
    ATLANTA, GA 30341

This Motion Requesting Court Review Attorney's Fees and Notice of Hearing by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 15th day of September 2014.


/s/Adam M. Goodman
Adam M. Goodman,
Standing Chapter 13 Trustee
GA Bar No. 300887


Adam M. Goodman,
Standing Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444